UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

v.

NATALIE J. TICHO,

        Defendant.

Case No. 21-CR-

[18 U.S.C. § 2252A(a)(2)(A)]

**Green Bay Division**

## INFORMATION

**THE UNITED STATES ATTORNEY CHARGES THAT:**

1. On or about November 17, 2020, in the State and Eastern District of Wisconsin and elsewhere,

**NATALIE J. TICHO**

knowingly distributed child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), using a means and facility of interstate and foreign commerce, that had been mailed, shipped, and transported in and affecting interstate and foreign commerce, and which contained material that had been shipped and transported by a means and facility of interstate and foreign commerce, including by computer.

2. The child pornography distributed by the defendant included a digital image identified by the following partial filename:

| Time Stamp | Description |
|---|---|
| 9:27 a.m. CST | A digital image of a prepubescent minor female standing in a bathtub with her vagina exposed to the camera and the focus of the image. |

1

All in violation of Title 18, United States Code, Section 2252A(a)(2)(A).

For the United States of America:

Date: 6/15/2021

*signature*

RICHARD G. FROHLING
Acting United States Attorney