# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | SENTENCING MINUTES |
| NATALIE J. TICHO | Case No. 21-CR-126 |

HONORABLE WILLIAM C. GRIESBACH presiding  
Proceeding Held: October 12, 2021  
Deputy Clerk: Lori

Time Called: 1:30 pm  
Time Concluded: 2:09 pm  
Tape: Zoom 101221

**Appearances:**

| | |
|---|---|
| UNITED STATES OF AMERICA by: | Daniel R. Humble |
| NATALIE J. TICHO in person and by: | Jonathan A. LaVoy |
| US PROBATION OFFICE by: | Brian Koehler |
| INTERPRETER: None | ☐ Interpreter Sworn |

☐ Defendant consents to appear and proceed by video conference.

☒ The parties have no objections to the factual statements in the PSR  
☒ The parties have no objections to the application of the guidelines in the PSR

☐ Objections/corrections to factual statements in PSR by ☐ Plaintiff ☐ Defendant  
☐ Objections/corrections to application of guidelines by ☐ Plaintiff ☐ Defendant

☒ The court adopts the factual statements and guideline application as set forth in the PSR  
☐ The court adopts the factual statements and guideline application with these changes:

☒ The government presents sentencing argument: 90 months and does not oppose 7 days credit for time in custody  
☒ The defendant presents sentencing argument: 90 months

☒ Defendant exercises right of allocution.  
☒ The court imposes sentence.

☐ The government dismisses count(s) _____.  
☒ Defendant advised of appeal rights.

The Court accepts the Rule 11(c)(1)(C) plea agreement as reasonable.  
Mr. LaVoy requests the Court find defendant indigent today. Defendant has no resources of her own to pay.  
The Court finds the defendant to be indigent and does not qualify for the $5000 special assessment in this matter.  
Gabriel Ticho makes a statement to the Court. (defendant's father).  
Conditions of release remain in effect.

**SENTENCE IMPOSED:**

**Imprisonment:**  89 months and 23 days as to count one.

    Imprisonment term for each count to be served ☐ concurrently ☐ consecutively.
        **TOTAL TERM OF IMPRISONMENT IMPOSED:  89 months and 23 days.**

    ☐ This term of imprisonment is to be served (☐ concurrently with <u>or</u> ☐ consecutively to) any state court sentence the defendant is currently serving.

**Probation:**

**Supervised Release:**  10 years as to count one.

**MONETARY PENALTIES**

**Special Assessment:**   $ <u>100.00</u>   due immediately

**Fine:**   $ _____   ☒ fine waived

**Restitution:**   $ _____   ☐ determination deferred

**JOINT AND SEVERAL PAYMENTS**

☐ Fine and/or ☐ Restitution is **joint and several** with _____.
☐ Repayment of Buy Money is **joint and several** with _____.

**FORFEITURE**

☐  All property forfeited upon conviction or by order of the court shall be included in the criminal judgment.

**RECOMMENDATIONS**

☒  The court recommends the defendant's placement at a facility as close to her home as possible for family support.
☐  The court recommends the defendant's participation in the Bureau of Prisons' 500-hour drug treatment program.
☒  Other:  the court recommends the defendant's participation in counseling and mental health treatment.

**CUSTODY**

☐  The defendant is remanded to the custody of the U.S. Marshal Service.
☒  The defendant is to voluntarily surrender at the institution designated by the Bureau of Prisons as notified by the U.S. Probation Office; ☐ on or after _____.

# CONDITIONS OF SUPERVISED RELEASE/PROBATION

☒ The defendant does not object to the conditions of supervised release as set forth in the presentence investigation report.
☒ The defendant waives reading of the conditions of supervised release.

☒ **Mandatory Conditions of Supervision** imposed.

☒ The Court adopts the **Standard Conditions of Supervision** set forth in the presentence investigation report without change.
☐ The Court adopts the **Standard Conditions of Supervision** set forth in the presentence investigation report with the following changes:

☐ The Court adopts the **Special Conditions of Supervision** set forth in the presentence investigation report without change.
☒ The Court adopts the **Special Conditions of Supervision** set forth in the presentence investigation report with the following changes:

**The Court adopts the rationale for the conditions as set forth in the presentence investigation report.**
The Court addresses page 27, condition no. 13 and counsel's requests as to future contact with daughter. The condition will stay in effect as is. The Court makes clear that limitations should occur through Social Services and Child Protective Services. If they conclude contact is appropriate, this court should not interfere with that. The Court expects Child Protective Services to deal with the relationship with mother and child. Upon release, the parties may revisit the restrictions and should understand conditions are subject to change.